# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | |
| MONICA BERRY,                              * | |
|                                            * | No. 18-1765V |
|                Petitioner,                 * | Special Master Christian J. Moran |
|                                            * | |
| v.                                         * | |
|                                            * | Filed: February 12, 2021 |
| SECRETARY OF HEALTH                        * | |
| AND HUMAN SERVICES,                        * | |
|                                            * | |
|                Respondent.                 * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

On February 12, 2021, a status conference was held to discuss respondent's recently filed expert reports from Dr. He, Dr. Kleefield, and Dr. Alexander. Petitioner stated her experts have reviewed respondent's reports and anticipated filing responsive expert reports. Petitioner inquired into whether an epidemiologist or biostatistician should be retained. The undersigned stated that both parties can get a report from an epidemiologist and that such a report may be helpful. After petitioner indicated she would likely file an expert epidemiologist's report, the undersigned noted that respondent should consider retaining an epidemiologist as well if this case proceeds toward a trial.

Accordingly, the following is ORDERED:

1. Petitioner shall file Dr. Watanabe's responsive expert report by **Monday, March 15, 2021**.

2. Petitioner shall file Dr. Zamvil's responsive expert report by **Tuesday, April 13, 2021**.

3. Petitioner may also file an epidemiologist's report by **Tuesday, April 13, 2021**.

The parties may direct any questions to my law clerk, Jason Wiener, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master